UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SOLOMON H. THOMAS-EL                                                                             PLAINTIFF
#13339-20

V.                                  No. 4:21-CV-557-JM-JTR

M. PERRY, Intake Deputy,
Pulaski County Detention Facility, *et al.*                                                   DEFENDANTS

## ORDER

Plaintiff Solomon H. Thomas-El has not complied with the September 15, 2021 Order directing him to file a free-world application to proceed *in forma pauperis*. *Doc. 18*. The time to do so has expired.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41 (b); Local Rule 5.5(c)(2). Thomas-El's pending motions (*Docs. 7, 8, 10, 11 & 12)* are denied as moot. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 19th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE